# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gregorio Arizaga-Berber, A209 811 546 | ) | Case No. 17-6367 MJ |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 3, 2017, in the County of Maricopa in the District of Arizona, the defendant violated Title 18, U.S.C. § 1546, a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Jacqueline Chesnol for AUSA Sheila Phillips

☒ Continued on the attached sheet.

*Complainant's signature*
Jimmy X. Cepeda
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: October 4, 2017

*Judge's signature*
David K. Duncan
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On or about October 3, 2017, at or near Gila Bend, in District of Arizona, the defendant, Gregorio Arizaga-Berber, an alien, did knowingly use, attempt to use, possess, obtain, accept and receive a visa, permit, border crossing card, alien registration card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, to wit: a United States Passport in the name of Jaime Murguia Jr., knowing it to have been forged, counterfeited, altered, falsely made, and to have been procured by means of any false claim or statement, and to have been otherwise procured by fraud or unlawfully obtained in violation of Title 18, United States Section 1546(a), a felony.

### Count 2

On or about October 3, 2017, at or near Gila Bend, in the District of Arizona, Gregorio Arizaga-Berber, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Jimmy X. Cepeda, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 3, 2017, Border Patrol Agent Jason Webb encountered an individual, later identified as Gregorio Arizaga-Berber, at the State Route 85 immigration checkpoint near Gila Bend, in the District of Arizona during an immigration inspection. The State Route 85 immigration checkpoint is located near mile marker 18 on State Route 85. Arizaga-Berber was traveling northbound in a silver 2014 Nissan Sentra when he arrived at the checkpoint.

3. Agent Webb identified himself as a U.S. Border Patrol Agent and performed an immigration inspection of the occupants of the vehicle. The vehicle was directed to the secondary inspection area to be able to inspect all occupants safely and out of traffic.

4. During secondary inspection, Agent Webb questioned Arizaga-Berber, who appeared nervous, about his citizenship. Because Agent Webb was unable to understand

2

Arizaga-Berber's response to his question, he asked Arizaga-Berber if he had any identification or immigration documents. Arizaga-Berber gave the agent a U.S. Passport. Agent Webb noticed that the U.S. Passport book, which had Arizaga-Berber photograph, the name of Jaime Murguia Jr., bore the number 466918222, and appeared to have the date of birth and date of expiration altered.

5. Record checks on the documentation provided by Arizaga-Berber revealed that the United States passport with the name of Jaime Murguia Jr. and bearing number 466918222 had been reported either lost or stolen. When the agent questioned Arizaga-Berber about the lost/stolen report, he admitted that the U.S. Passport did not belong to him.

6. Upon further questioning, Arizaga-Berber, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Arizaga-Berber was transported to the Ajo Border Patrol Station for further processing. Arizaga-Berber was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

7. Immigration history checks revealed Gregorio Arizaga-Berber to be a citizen of Mexico. There is no record of Gregorio Arizaga-Berber in any Department of Homeland Security database to suggest that he obtained permission from the Secretary

of the Department of Homeland Security to enter, pass through, or remain in the United States legally. Accordingly, your affiant believes that Gregorio Arizaga-Berber entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Arizaga-Berber's fingerprints were run and no match returned indicating no prior immigration history. The fact that no match returned also indicates that the subject has not previously applied for, or obtained a nonimmigrant or immigrant visa.

8. Arizaga-Berber was advised of his constitutional rights. Arizaga-Berber freely and willingly acknowledged his rights and agreed to provide a statement under oath. Arizaga-Berber stated that his true and correct name is Gregorio Arizaga-Berber and that he a citizen of Mexico. Arizaga-Berber stated that he entered the United States illegally by walking through the desert near Lukeville, Arizona. Arizaga-Berber also indicated that he had purchased the United States Passport that he presented in Mexico and had agreed to pay a fee of $7,000 U.S dollars upon arrival to his final destination in the United States. Arizaga-Berber made similar statements prior to being advised of his constitutional rights, when he was believed to only be a suspected material witness in an alien smuggling case. Once it was suspected that Arizaga-Berber may have used or attempted to use a forged or altered passport, he was advised of his constitutional rights and agreed to provide a statement.

4

9. For these reasons, this affiant submits that there is probable cause to believe that on or about October 3, 2017, at or near Gila Bend, in District of Arizona, the defendant, Gregorio Arizaga-Berber, an alien, did knowingly use, attempt to use, possess, obtain, accept and receive a visa, permit, border crossing card, alien registration card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, to wit: a United States Passport in the name of Jaime Murguia Jr., knowing it to have been forged, counterfeited, altered, falsely made, and to have been procured by means of any false claim or statement, and to have been otherwise procured by fraud or unlawfully obtained in violation of Title 18, United States Section 1546(a), a felony.

Jimmy X. Cepeda
United States Border Patrol Agent

Sworn to and subscribed before me
this 4th day of October, 2017.

David K. Duncan
United States Magistrate Judge

5